UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-324-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ARNOLD OGDEN JONES, II | ) | |

Upon motion of the United States, with the consent of the defendant, and for the reasons described in Docket Entry 27, it is hereby ORDERED that Docket Entry Number 27, and any attachments thereto, and any subsequent orders entered with respect to the same, be sealed until such time as it is ordered unsealed by this Court.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Docket Entry 27 and any order entered with respect to the same to counsel for the Government and the defendant for the purposes of carrying out the terms of the order.

So ordered this 14th day of June, 2016.

JAMES C. FOX
Senior United States District Judge