IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| ARNOLD OGDEN JONES, II, ) | |
| ) | |
| Defendant. ) | |

Before the court is the Government's motion to seal docket entry number 33 and any attachments thereto and any orders subsequently entered with respect to the same. [DE 34]. Defendant consents to the motion.

For good cause show, it is ORDERED as follows:

1. The Government's motion to seal is ALLOWED;

2. Docket entry number 33 shall be filed under seal until such time as it is ordered unsealed by the court; and

3. The Clerk of Court shall provide a filed copy of docket entry 33 and any order entered with respect to the same to counsel for the Government and the defendant for the purposes of carrying out the terms of any such order.

SO ORDERED.

This the 29th day of June, 2016.

*James C. Fox*

**JAMES C. FOX**
Senior United States District Judge