IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ARNOLD OGDEN JONES, II, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court *sua sponte*. Defendant is DIRECTED to file responses to the Government's Motion in Limine Concerning Jury Nullification [DE 45], the Motion in Limine to Exclude Improper Characterization of Issues for Consideration by Jury [DE 46] and the Proposed Sealed Motion [DE 47] by **August 15, 2016**.

SO ORDERED.

This the 4th day of August, 2016.

JAMES C. FOX
Senior United States District Judge