IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ARNOLD OGDEN JONES, II, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the Defendant's motion to seal docket entry 55 and is accompanying attachment. [DE 56]. Defendant's motion is not accompanied by a supporting memorandum.

Local Criminal Rule 55.2(a) provides that "[a] party desiring to file a document under seal must first file a motion seeking leave in accordance with Section T of the CM/ECF Policy Manual ["Policy Manual"]." The Policy Manual provides that a motion to seal may be filed without a supporting memorandum only if the filing party can **cite a statute or rule** that requires the filing to be sealed. Policy Manual, § T(1)(a). Otherwise, the movant must submit a supporting memorandum specifying:

   (i)   the exact document or item, or portions thereof, for which filing under seal is requested;
   (ii)  how such request to seal overcomes the common law or the First Amendment presumption to access;
   (iii) the specific qualities of the material at issue which justify sealing such material, taking into account the balance of competing interest in access;
   (iv)  the reasons why alternatives to sealing are inadequate; and
   (v)   whether there is consent to the motion

*Id.* The Policy Manual provides further that "[i]n addition to the motion and supporting memorandum, the filing party must set out such findings in a proposed order to seal, which should be submitted in accordance with Section M of th[e] Policy Manual."

The instant motion does not cite a statue or rule requiring the sealing of docket entry 55. Rather, Defendant states only that docket entry 55 should be sealed based on a purported conversation with the United States. This statement does not meet the requirements of Section T of the Policy Manual. Accordingly, Defendant's motion fails to comply with Local Criminal Rule 55.2(a).

For the foregoing reasons, Defendant's motion to seal [DE 56] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

This the 15th day of August, 2016.

                                            **JAMES C. FOX**
                                            Senior United States District Judge