IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ARNOLD OGDEN JONES, II, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the Government's Motion to Dismiss Indictment Without Prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. [DE 71]. On November 3, 2015, a federal grand jury returned an indictment against Defendant. [DE 1]. On August 23, 2016, a federal grand jury returned a superseding indictment against Defendant. [DE 66].

The premises considered, the Government's motion is ALLOWED and the Clerk of Court is directed to dismiss the Indictment without prejudice.

SO ORDERED.

This the 29th day of August, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge