UNITED STATES DISTRICT COURT FOR THE
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-CR-324-F-1

UNITED STATES OF AMERICA )
)
v. ) **ORDER**
)
ARNOLD OGDEN JONES, II )

Before the Court is the Government's oral motion for an order prohibiting the Defendant from introducing evidence or making arguments before the jury suggesting that Federal Task Force Officer Matthew Miller was not or could not be a "public official" after he was designated as a confidential human source (CHS) by the Federal Bureau of Investigation (FBI). The Court finds, as a matter of law, that the Federal Task Force Officer's status as a CHS for the FBI did not alter, impact, reduce, change, or otherwise affect his status as a "public official," as that term is defined in Title 18, United States Code, Section 201(a)(1). Therefore, the Government's oral motion is ALLOWED. It remains in the province of the jury to otherwise determine whether the Federal Task Force Officer was a "public official" as a required by law.

SO ORDERED.

This the 19 day of October 2016.

JAMES C. FOX
Senior United States District Judge