IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ARNOLD OGDEN JONES, II, | ) | |
| | ) | |
| Defendant. | ) | |

Following the jury's verdict, Defendant orally renewed his motion for judgment of acquittal pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure and his motion to dismiss the Superseding Indictment for fatal variance. This Order serves to memorialize the court's oral ruling denying the motion to dismiss and the court's directive as to the briefing schedule regarding the Rule 29 motion.

Defendant's renewed motion to dismiss the Superseding Indictment is DENIED. Defendant's memorandum in support of his renewed Rule 29(c) motion is due November 7, 2016. The Government's response is due November 21, 2016.

SO ORDERED.

This the 21st day of October, 2016.

*/s/ James C. Fox*

**JAMES C. FOX**
Senior United States District Judge