IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| ARNOLD OGDEN JONES, II, ) | |
| ) | |
| Defendant. ) | |

Before the court is Defendant's motion to file docket entry number 127 under seal pursuant to Local Criminal Rule 55.2. [DE 135]. For good cause shown, the motion is ALLOWED and docket entry number 127 shall be filed under seal.

SO ORDERED.

This the 27th day of October, 2016.

JAMES C. FOX
Senior United States District Judge