IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>ARNOLD OGDEN JONES, II, )<br>)<br>Defendant. )<br>_____ ) | **ORDER TO SEAL** |

Before the court is Defendant's motion to file docket entry number 141-3 under seal pursuant to Local Criminal Rule 55.2. [DE 142]. For the reasons stated in defendant's motion, the court finds good cause exists. Accordingly, the motion is ALLOWED and docket entry number 141-3 shall be filed under seal.

SO ORDERED.

This the 16th day of November, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge