IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>ARNOLD OGDEN JONES, II, )<br>)<br>Defendant. )<br>) | **ORDER TO SEAL** |

Before the court is Defendant's motion to file docket entry number 156 under seal pursuant to Local Criminal Rule 55.2. [DE 157]. For the reasons stated in Defendant's motion, the court finds good cause exists. Accordingly, the motion is ALLOWED and docket entry number 156 shall be filed under seal.

SO ORDERED.

This the 6th day of December, 2016.

*[signature]*
JAMES C. FOX
Senior United States District Judge