IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ARNOLD OGDEN JONES, II, ) | |
| ) | |
| Defendant. ) | |

Before the court is the Government's motion to seal docket entry 162 (i.e., the Government's response to Defendant's motion for judgment of acquittal) and exhibit 1 thereto pursuant to Local Criminal Rule 55.2(a). [DE 165]. In support, the Government advises that a portion of its response includes citation to grand jury testimony and that exhibit 1 is a copy of said testimony. The Government's request finds support in both Rule 6 of the Federal Rules of Criminal Procedure[1] and Standing Order 85-PLR-1.[2]

Based on the foregoing, the Government's motion to seal [DE 165] is ALLOWED. The Clerk of Court is DIRECTED to seal the document at docket entry 162 and Exhibit 1 thereto.

SO ORDERED.

This the 12th day of January, 2017.

*James C. Fox*

**JAMES C. FOX**
Senior United States District Judge

---

[1] Rule 6 provides "unless the court orders otherwise, an attorney for the government will retain control of" grand jury testimony. FED. R. CRIM. P. 6(e)(2)(B)(vi).

[2] *See* Standing Order Prohibiting Disclosureof Grand Jury Testimony in Criminal Cases, entered March 5, 1985 (85-PLR-1).