UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| ARNOLD OGDEN JONES, II | |

Before the court is Defendant's motion to file docket entry number 170 and its attachment under seal pursuant to Local Criminal Rule 55.2. [DE 171]. For the reasons stated in defendant's motion, the court finds good cause exists. Accordingly, the motion is ALLOWED and docket entry number 170 and its attachment shall be filed under seal.

SO ORDERED.

This the 25 day of January, 2017.

Terrence W. Boyle
US District Judge