UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| ARNOLD OGDEN JONES, II | |

Before the court is Defendant's motion to file docket entry number 178 under seal pursuant to Local Criminal Rule 55.2. [DE 179]. For the reasons stated in defendant's motion, the court finds good cause exists. Accordingly, the motion is ALLOWED and docket entry number 178 shall be filed under seal.

SO ORDERED.

This the 6 day of February 2017.

TERRENCE W. BOYLE
United States District Judge

1