UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-324-BO

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ARNOLD OGDEN JONES, II | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 181, and Exhibit 1 thereto, be sealed until such time as requested to be unsealed by the United States Attorney, or except upon order of court.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

_TERRENCE W. BOYLE_
United States District Judge

1