IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-324-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ARNOLD OGDEN JONES, II | ) | |

This matter is before the Court on multiple motions filed by defendant. Defendant's motion for new trial pursuant to Fed. R. Crim. P. 33 [DE 140] is GRANTED. Defendant's remaining motions are denied without prejudice with permission to refile, if appropriate, during the motions filing period which is hereby reopened for thirty (30) days following the date of entry of this order. Any delay caused shall be excluded pursuant to 18 U.S.C. 3161(h) as the ends of justice served outweigh the interests of the defendant and the public in a speedy trial.

SO ORDERED, this 23 day of February, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE